UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SANA HAZINA BUTLER,

                Plaintiff,

                v.

FIDELITY MANAGEMENT & RESEARCH COMPANY LLC
(FMR), FIDELITY DIGITAL ASSET SERVICES LLC, FIDELITY
INVESTMENTS, FIDELITY RETIREMENT SERVICES,
FIDELITY BROKERAGE SERVICES LLC, FIDELITY
INSTITUTIONAL ASSET MANAGEMENT (FIAM), FIDELITY
MANAGEMENT TRUST COMPANY (FMTC), and JOHN DOE 1-
10 (fictitious names for unidentified Fidelity representatives),

                Defendants.

25-CV-9337 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

Earlier today, the Court held an initial pre-trial conference pursuant to its prior order of November 14, 2025. *See* Dkt. No. 11. Plaintiff did not appear at the conference.

The parties shall appear at a rescheduled conference on January 9, 2026 at 11:30 a.m. The Court will hold this conference by telephone. The parties shall use the dial-in information provided below to call into the conference: Call-in Number: (855) 244-8681; Meeting ID: 23055424735. This conference line is open to the public. Defendants shall serve a copy of this Order on Plaintiff by December 16, 2025 and promptly file proof of such service on the docket.

Plaintiff is warned that failure to appear may result in this action being dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

Pending further order from the Court, this action is hereby stayed.

SO ORDERED.

Dated:    December 12, 2025
          New York, New York

                              Ronnie Abrams
                              United States District Judge