UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SANA HAZINA BUTLER,<br><br>      Plaintiff,<br><br>    v.<br><br>Fidelity Management & Research Company LLC (FMR), Fidelity Digital Asset Services LLC, Fidelity Investments, Fidelity Retirement Services, Fidelity Brokerage Services LLC, Fidelity Institutional Asset Management (FIAM), Fidelity Management Trust Company (FMTC), and John Doe 1-10 (fictious names for unidentified Fidelity representatives),<br><br>      Defendants. | 25-CV-9337 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

On January 9, 2026, the Court held a second initial pre-trial conference. Plaintiff again failed to appear at the conference. Plaintiff is again warned that failure to appear or otherwise file a response may result in this action being dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

Additionally, it has come to the Court's attention that she has contested Defendants' removal of the case to federal court by filing a motion in state court. *See* Dkt. Nos. 20, 22. To the extent Plaintiff seeks to challenge the removal of the case to federal court, the proper mechanism is to file a motion to remand in this Court within 30 days after the filing of the notice of removal. *Michaelesco v. Estate of Richard*, 355 Fed. App'x 572, 573 (2d Cir. 2009) (citing 28 U.S.C. § 1447(c)).

Plaintiff is further advised that, if she seeks assistance, she may consult with the City Bar Justice Center's clinic for *pro se* litigants by visiting its website at www.citybarjusticecenter.org/projects/federal-pro-se-legal-assistance-project, by calling (212)

382-4794, or by emailing fedprosdny@nycbar.org. This clinic, which is neither part of nor run by the Court, assists *pro se* litigants with federal civil case.

Defendants shall serve a copy of this Order on Plaintiff by January 28, 2026 and promptly file proof of such service on the docket.

SO ORDERED.

Dated:       January 20, 2026
             New York, New York

_____
Ronnie Abrams
United States District Judge