UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SANA HAZINA BUTLER,

                Plaintiff,

          v.

FIDELITY MANAGEMENT & RESEARCH
COMPANY LLC (FMR), FIDELITY DIGITAL
ASSET SERVICES LLC, FIDELITY
INVESTMENTS, FIDELITY RETIREMENT
SERVICES, FIDELITY BROKERAGE SERVICES
LLC, FIDELITY INSTITUTIONAL ASSET
MANAGEMENT (FIAM), FIDELITY
MANAGEMENT TRUST COMPANY (FMTC),
and JOHN DOE 1-10 (fictious names for
unidentified Fidelity representatives),

                Defendants.

25-CV-9337 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

Plaintiff has not answered or otherwise responded to the Defendants' motion to dismiss, Dkt. No. 7, or this Court's January 20, 2026 order, warning her that failure to appear or otherwise file a response may result in this action being dismissed. Dkt. No. 24.

No later than April 10, 2026, Plaintiff is ordered to file a notice of appearance and respond to this Court as to why this matter should not be dismissed for failure to prosecute. Failure to do so will result in dismissal for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

Defendants shall serve a copy of this Order on Plaintiff by March 27, 2026 and promptly file proof of such service on the docket.

SO ORDERED.

Dated:      March 23, 2026
            New York, New York

_____
Ronnie Abrams
United States District Judge