UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Sana Hazina Butler,<br><br>               Plaintiff,<br><br>     -against-<br>Fidelity Management & Research Company LLC (FMR),<br><br>               Defendant. | 25-CV-09337 (RA) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

     This case has been referred to me by Judge Ronnie Abrams for General Pretrial purposes on April 10, 2026 (ECF 38)**.**

     A telephonic conference is scheduled for **Tuesday, April 21, 2026 at 10:30 AM.** The pro se plaintiff and counsel for defendant should be prepared to discuss the status of the case. The parties are directed to join the conference at the scheduled time. Please dial (646) 453-4442 then dial the access code with the pound key at the end: 691 219 473#.

DATED:  April 14, 2026
        New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge