UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SANA HAZINA BUTLER,

                    Plaintiff,

        -against-
FIDELITY MANAGEMENT & RESEARCH
COMPANY LLC (FMR) et al,

                    Defendant.

25-CV-09337 (RA) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed at the conference held on April 20, 2026:

1.  Upon being asked when she could file her opposition to the pending motion to dismiss (ECF 7, 8), Plaintiff said she could do so by April 30, 2026. Accordingly, Plaintiff shall file her opposition to the motion to dismiss (ECF 7, 8) by **April 30, 2026.**

2.  Upon being asked when she could file her opposition to the pending motion to stay discovery (ECF 13), Plaintiff said she could do so by April 30, 2026. Accordingly, Plaintiff shall file her opposition to the motion to stay discovery (ECF 13) by **April 30, 2026.**

3.  If Plaintiff needs more time to file her oppositions to the motion to dismiss and the motion to stay discovery, she must file a letter on the docket before the deadline requesting an extension of time to file.

4. I do not anticipate entering a case management order until after I have reviewed a fully briefed motion to stay discovery (or until there is a decision denying in some part the pending motion to dismiss).

5. If Plaintiff fails to file her opposition to the motion to dismiss by **April 30, 2026** without having been given an extension of time to do so or demonstrating good cause for the failure to timely file, I expect to recommend that Judge Abrams dismiss this case for failure to prosecute.

6. Defendants' reply in further support of the motion to dismiss and motion to stay discovery shall be filed by **May 19, 2026**.

DATED:  April 21, 2026  
        New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**  
United States Magistrate Judge